

# Fourth Court of Appeals
## San Antonio, Texas

September 10, 2014

No. 04-14-00432-CR

Otto Ray **KIETZMAN**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the Criminal District Court, Magistrate Court, Bexar County, Texas
Trial Court No. 2013W0631
Honorable Andrew Carruthers, Judge Presiding

# O R D E R

On July 10, 2014, appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967), in which he asserts there are no meritorious issues to raise on appeal. By order dated August 12, 2014, appellant was ordered to file his *pro se* brief in response to the *Anders* brief no later than September 10, 2014. On September 5, 2014, appellant filed a motion to dismiss which this court construes as appellant's *pro se* brief. The clerk of this court is DIRECTED to set this appeal "at issue" in the court's case management system so that the appeal is available for submission and decision.

_____
Catherine Stone, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of September, 2014.

_____
Keith E. Hottle
Clerk of Court